DUPLICATE

Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TOK029898
Cashier ID: jnitz
Transaction Date: 08/14/2015
Payer Name: RICHARDSON RICHARDSON

---

CIVIL FILING FEE
For: RICHARDSON RICHARDSON
Amount: $400.00

---

CHECK
Check/Money Order Num: 14933
Amt Tendered: $400.00

---

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

15-cv-455-JED-TLW

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. a $53 fee will be charged for a returned check."