AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| KEVIN L. JETER, et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| CEP MID-CONTINENT L.L.C, et al., | ) | 15 CV - 455 JED - TLW |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ANN KANE SEIDMAN
c/o Kevin Hayes, OBA #4003
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 W. 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Phil Lombardi, Clerk

Date: AUG 1 4 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al,

*Plaintiff*

v.

CEP MID-CONTINENT L.L.C, et al.,

*Defendant*

Civil Action No. 15 CV - 455 JED - TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LOUISE KANE ROARK
c/o Kevin Hayes, OBA #4003
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 W. 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Phil Lombardi, Clerk

Date: AUG 14 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al,
*Plaintiff*
v.
CEP MID-CONTINENT L.L.C, et al.,
*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROBERT M. KANE
c/o Kevin Hayes, OBA #4003
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 W. 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Phil Lombardi, Clerk

Date: AUG 14 2015

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| KEVIN L. JETER, et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| CEP MID-CONTINENT L.L.C, et al., | ) | |
| *Defendant* | ) | 15 CV - 455 JED - TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CEP MID-CONTINENT L.L.C.
c/o Kevin Hayes, OBA #4003
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 W. 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Phil Lombardi, Clerk

Date: AUG 1 4 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al,

*Plaintiff*

v.

CEP MID-CONTINENT L.L.C, et al.,

*Defendant*

Civil Action No. 15 CV - 455 JED - TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GARY BROWN
c/o Kevin Hayes, OBA #4003
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 W. 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Phil Lombardi, Clerk

Date: AUG 14 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al,

*Plaintiff*

v.

CEP MID-CONTINENT L.L.C, et al.,

*Defendant*

Civil Action No. 15 CV - 455 JED - TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PAMELA BROWN
c/o Kevin Hayes, OBA #4003
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 W. 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Phil Lombardi, Clerk

Date: AUG 14 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| KEVIN L. JETER, et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| CEP MID-CONTINENT L.L.C, et al., | ) | 15 CV - 455 JED - TLW |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARK KANE
c/o Kevin Hayes, OBA #4003
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 W. 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Phil Lombardi, Clerk

Date: AUG 14 2015

*Signature of Clerk or Deputy Clerk*