AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al.,
*Plaintiff*

v.

CEP MID-CONTINENT L.L.C., et al.,
*Defendant*

Civil Action No. 15-CV-455-JED-TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ANN KANE SEIDMAN
5 Ogden Avenue
Swarthmore, PA 19081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Phil Lombardi, Clerk

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al.,

*Plaintiff*

v.

CEP MID-CONTINENT L.L.C., et al.,

*Defendant*

Civil Action No. 15-CV-455-JED-TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROBERT M. KANE
1200 Kane Hill Drive
Bartlesville, OK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Phil Lombardi, Clerk

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| KEVIN L. JETER, et al., <br> *Plaintiff* <br> v. <br> CEP MID-CONTINENT L.L.C., et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 15-CV-455-JED-TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GARY BROWN
3745 North 4020 Road
Wann, OK 74083-2302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Phil Lombardi, Clerk

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| KEVIN L. JETER, et al., *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-CV-455-JED-TLW |
| CEP MID-CONTINENT L.L.C., et al., *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PAMELA BROWN
3745 North 4020 Road
Wann, OK 74083-2302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **Phil Lombardi, Clerk**

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al.,

*Plaintiff*

v.

CEP MID-CONTINENT L.L.C., et al.,

*Defendant*

Civil Action No. 15-CV-455-JED-TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARK KANE
2406 Terrace Drive
Bartlesville, OK 74006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **Phil Lombardi, Clerk**

Date: AUG 31 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al.,
*Plaintiff*

v.

CEP MID-CONTINENT L.L.C., et al.,
*Defendant*

Civil Action No. 15-CV-455-JED-TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CEP MID-CONTINENT L.L.C.
c/o Corporation Service Company
115 SW 89th Street
Oklahoma City, OK 73139-8511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLEAR OF COURT* **Phil Lombardi, Clerk**

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| KEVIN L. JETER, et al., *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-CV-455-JED-TLW |
| CEP MID-CONTINENT L.L.C., et al., *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LOUISE KANE ROARK
2209 Deerfield Place
Bartlesville, OK 74006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **Phil Lombardi, Clerk**

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*