AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| KEVIN L. JETER, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-CV-455-JED-TLW |
| CEP MID-CONTINENT L.L.C., et al., | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CEP MID-CONTINENT L.L.C.
c/o Corporation Service Company
115 SW 89th Street
Oklahoma City, OK 73139-8511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **Phil Lombardi**, Clerk

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-CV-455-JED-TLW

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________.

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: Served 9/8/15 by Certified Mail (see attached).

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/14/15

[signature]
*Server's signature*

Stacy Stark
*Printed name and title*

7447 S. Lewis Avenue, Tulsa, OK 74136
*Server's address*

Additional information regarding attempted service, etc:

7011 3500 0002 9961 3333

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 9/3/15 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

*Sent To* CEP Mid-Continent L.L.C.
c/o Corporation Service Company
*Street, Apt. No.; or PO Box No.* 115 SW 89th Street
*City, State, ZIP+4* Oklahoma City, OK 73139

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CEP Mid-Continent L.L.C.
c/o Corporation Service Company
115 SW 89th Street
Oklahoma City, OK
73139

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X G. Parrish ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* G. Parrish

C. Date of Delivery 9-8-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7011 3500 0002 9961 3333

PS Form 3811, July 2013 Domestic Return Receipt