AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al.,

*Plaintiff*

v.

CEP MID-CONTINENT L.L.C., et al.,

*Defendant*

Civil Action No. 15-CV-455-JED-TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARK KANE
2406 Terrace Drive
Bartlesville, OK 74006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Phil Lombardi, Clerk

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-CV-455-JED-TLW

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* MARK KANE
was received by me on *(date)* 9-2-15 .

☒ I personally served the summons on the individual at *(place)* 21170 N 3950 Rd BARTLESVILLE, OK on *(date)* 9-2-15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-3-15

[signature]
*Server's signature*

Lee Belmonte – Process Server
*Printed name and title*

PO BOX 330233
TULSA, OK 74133
*Server's address*

Additional information regarding attempted service, etc: