AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

KEVIN L. JETER, et al.,

*Plaintiff*

v.

CEP MID-CONTINENT L.L.C., et al.,

*Defendant*

Civil Action No. 15-CV-455-JED-TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ANN KANE SEIDMAN
5 Ogden Avenue
Swarthmore, PA 19081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Burton
The Burton Law Firm
1611 S. Utica Ave., #335
Tulsa, OK 74104
(918) 607-4891

Charles L. Richardson
Richardson Richardson Boudreaux
7447 South Lewis Avenue
Tulsa, OK 74136
(918) 492-7674

Kevin Adams
210 West 12th St.
Tulsa, OK 74119
(918) 582-1313

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **Phil Lombardi, Clerk**

Date: AUG 3 1 2015

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**CASE NO.: 15–CV–455**

## AFFIDAVIT OF SERVICE

**Kevin L. Jeter, et al**

vs.

**CEP Mid–Continent LLC, et al**
_______________________________________/

ss.

I, **Timothy Weldon**, a competent adult, being duly sworn according to law, depose and say that at **7:35pm** on **09/15/2015**, I served **Ann Kane Seidman** at **5 Ogden Ave., Swarthmore, PA 19081** in the manner described below:

- [x] **Defendant(s) personally served.**
- [ ] Adult family member with whom said Defendant(s) reside(s). Relationship is ______________________________.
- [ ] Adult in charge of Defendant(s) residence who refused to give name and/or relationship.
- [ ] Manager/Clerk of place of lodging in which Defendant(s) reside(s).
- [ ] Agent or person in charge of Defendant's office or usual place of business.
- [ ] ______________________________ an officer of said Defendant's company.
- [ ] Other:

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
**Sex: FEMALE – Age: 62 – Skin: WHITE – Hair: Brown – Height: 5'6" – Weight: 166**

X [signature]
Timothy Weldon - Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA 19103
(215) 567-7777
Atty File#: - Our File# **87403**

Sworn to and subscribed before me on this 17th day of September, 2015.

[signature]
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JULIEANN N. HORNER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 20, 2019

Law Firm: **Richardson Richardson and Boudreaux PLLC**
Address: **7447 South Lewis Ave., Tulsa, OK, 74136**
Telephone: **918–492–7674**