**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) KEVIN L. JETER,** | ) | |
| **(2) JOE A. JETER,** | ) | |
| **(3) BARBARA LUCAS,** | ) | |
| **(4) JAMES H. MILLER,** | ) | |
| **(5) SHARON RIGSBY MILLER,** | ) | |
| **(6) LARRY SMITH,** | ) | |
| **(7) JANICE SUE PARKER,** | ) | |
| **(8) JAMES D. ENLOE,** | ) | |
| **(9) CAROLYN R. ENLOE** | ) | |
| **(10) SCOTT BAILY** | ) | |
| **Individually and as** | ) | |
| **Class Representatives** | ) | |
| **on Behalf of All Similarly-** | ) | |
| **Situated Persons,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **15-CV-455-TCK-TLW** |
| | ) | |
| **(1) CEP MID-CONTINENT, LLC** | ) | |
| **(2) ROBERT M. KANE,** | ) | |
| **(3) LOUISE KANE ROARK,** | ) | |
| **(4) ANN KANE SEIDMAN,** | ) | |
| **(5) MARK KANE,** | ) | |
| **(6) PAMELA BROWN, and** | ) | ***Requested Relief Unopposed*** |
| **(7) GARY BROWN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' UNOPPOSED APPLICATION TO EXTEND TIME FOR FILING OF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully request an extension of time of two (2) days to file a response to Defendants' Motion to Dismiss [Doc. 14]. In support of this Application, Plaintiffs offer the following:

1. Plaintiffs filed their Complaint [Doc. 2] on August 14, 2015 alleging claims against Defendants for violations of the Racketeer Influenced & Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962.

2. Defendants filed a Motion to Dismiss [Doc. 14] Plaintiff's Complaint on September 23, 2015.

3. Plaintiffs' Response is due on or before Wednesday, October 14, 2015.

4. Plaintiffs' counsel needs additional time to complete the response brief.

5. Plaintiffs' counsel is requesting two (2) additional days, from the 14th to Friday 16th, to file the Response in Opposition.

6. Defendants' counsel has been contacted, and Defendants do not object to Plaintiffs' request for an additional two (2) days to file their Response.

Plaintiffs respectfully request this Court grant the request for a two (2) day extension of time to complete the Response in Opposition to Defendants' Motion to Dismiss.

Respectfully:

/s/ Jason C. Messenger .
Gary L. Richardson, OBA #7547
Charles L. Richardson, OBA #13388
Jason C. Messenger, OBA #19887
**RICHARDSON RICHARDSON BOUDREAUX**
7447 South Lewis Avenue
Tulsa, OK 74136
Telephone: (918) 492-7674
Facsimile: (918) 493-1925

and

C. Robert Burton, OBA #14195
**THE BURTON LAW FIRM**
1611 South Utica Avenue, #335
Tulsa, OK 74104
E-mail: Robtburton@aol.com

and

Kevin D. Adams, OBA #18914
**KEVIN D. ADAMS, PLLC**
Telephone: (918) 582-1313

Facsimile: (918) 512-4206
E-mail: lawyeradams@me.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, I electronically transmitted the foregoing instrument to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kevin Hayes
Pam Anderson
Kevin D. Adams
Robert Burton

*/s/ Jason C. Messenger* .
Jason C. Messenger, OBA #19887